UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARLEY FRANK, | ) | Case No.: 2:21-cv-09916-AB-PD |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **[PROPOSED] ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON DEFENDANT VIDA CAPITAL, INC.'S MOTION TO DISMISS** |
| LIFE ASSETS TRUST S.A., ET AL., | ) ) ) | |
| Defendants. | ) ) | |

The Court approves the parties' stipulation and **ORDERS**:

1. The hearing on Vida's Motion to Dismiss is continued from April 8, 2022 at 10:00 a.m. to May 20, 2022 at 10:00 a.m.;

2. Plaintiff's Opposition is due April 22, 2022; and

3. Vida's Reply is due April 29, 2022.

**IT IS SO ORDERED.**

Dated: March 17, 2022

_____
Honorable André Birotte Jr.
United States District Judge

1