| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>MATTHEW E. LEWITZ, ESQ. (SBN 325379)<br>**COZEN O'CONNOR**<br>601 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017<br>TELEPHONE NO.: (213) 892-7900   FAX NO. (Optional): (213) 892-7999<br>E-MAIL ADDRESS (Optional): mlewitz@cozen.com<br>ATTORNEY FOR (Name): PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**FOR THE CENTRAL DISTRICT OF CALIFORNIA** | |
| PLAINTIFF/PETITIONER: HARLEY FRANK<br>DEFENDANT/RESPONDENT: LIFE ASSETS TRUST S.A.; et al. | CASE No.:<br>2:21-cv-09916-AB-PD |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>COZOC-0155438.GE |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Alias Summons in a Civil Action on the First Amended Complaint   e. [X] First Amended Complaint - Jury Trial Demanded
   b. [ ] Complaint - Jury Trial Demanded   f. [ ] Second Amended Complaint
   c. [X] Civil Cover Sheet   g. [ ] Third Amended Complaint
   d. [X] Other *(specify documents)*: CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; ORDER SETTING SCHEDULING CONFERENCE

3. a. Party served *(specify name of party as shown on documents served)*:
      **PORTIGON A.G., NEW YORK BRANCH f/k/a WESTLB AG, NEW YORK BRANCH**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      **MICHAEL FRANK, AGENT FOR SERVICE**

4. Address where the party was served: **6 THORMAN LANE, HUNTINGTON, NY 11743**

5. I served the party (check proper box)
   a. [X] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 03/31/2022   (2) at *(time)*: 08:20 AM
   b. [ ] **By Substituted Service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3a)*:

   (1) [ ] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] A Declaration of Mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: HARLEY FRANK<br>DEFENDANT/RESPONDENT: LIFE ASSETS TRUST S.A.; et al. | CASE NUMBER:<br>2:21-cv-09916-AB-PD |
|---|---|

5.  c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                    (2) from *(city):*

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **By other means** *(specify means of service and authorizing code section):*

   e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
      Under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)            [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)                    [ ] 415.46 (occupant)
                                                    [ ] Other

7. **Person who served papers**
   a. Name: ROB QUINN (New York Process Server)
   b. Address: P.O. Box 861057, Los Angeles, CA 90086
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 590.00
   e. I am:
      (1) [X] Not a Registered California process server.
      (2) [ ] Exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a Registered California process server:
         (i)  [ ] Owner    [ ] Employee    [ ] Independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [X]   **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ]   **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: April 01, 2022

_____                    ▶  /s/ (signature)
ROB QUINN
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)