Matthew E. Lewitz (CA Bar No. 325379)
mlewitz@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310.393.4000
Facsimile: 310.394.4700

Gregory Star (*Admitted Pro Hac Vice*)
gstar@cozen.com
Isaac A. Binkovitz (*Admitted Pro Hac Vice*)
ibinkovitz@cozen.com
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215.665.2000
Facsimile: 215.665.2013

Attorneys for Plaintiff
HARLEY FRANK

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY FRANK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE ASSETS TRUST S.A.; PORTIGON A.G., NEW YORK BRANCH f/k/a WESTLB AG, NEW YORK BRANCH; VIDA CAPITAL, INC.; LIFE PARTNERS HOLDINGS, INC.; WELLS FARGO BANK, N.A., and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:21-cv-09916-TJH<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT VIDA CAPITAL, INC., WITHOUT PREJUDICE**<br><br>**Action Filed: December 23, 2021** |

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT VIDA
CAPITAL, INC., WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Harley Frank and Defendant Vida Capital, Inc. ("Vida"), each through their respective undersigned counsel, that, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i) and in consideration of the Declaration of Ladonna Johnson on behalf of Vida (ECF No. 67-2), all claims by Plaintiff against Vida in the above-captioned action are voluntarily dismissed, *without prejudice*, on the condition that any statute of limitation that may apply to any claims that Plaintiff may have against Vida based on the allegations in this action are tolled from the date of the filing of the Complaint in this action until 180 days after the conclusion of the entirety of this action on the merits or by way of settlement. Each party shall bear its own costs and fees. Nothing in this Stipulation and [Proposed] Order shall have any impact on Plaintiff's claims in this action against Defendants other than Vida.

**IT IS SO STIPULATED.**

Dated: April 29, 2022

| | |
|---|---|
| /s/ Franjo M. Dolenac | /s/ Matthew E. Lewitz |
| Michael Cryan | Matthew E. Lewitz |
| Franjo M. Dolenac | COZEN O'CONNOR |
| ARENTFOX SCHIFF LLP | 401 Wilshire Boulevard, Suite 850 |
| 555 West Fifth Street, 48th Floor | Santa Monica, CA 90401 |
| Los Angeles, CA 90013 | Tel.: (310) 393-4000 |
| Tel.: (213) 629-7400 | Fax: (310) 394-4700 |
| Fax: (213) 629-7401 | mlewitz@cozen.com |
| michael.cryan@afslaw.com | Attorneys for Plaintiff Harley Frank |
| franjo.dolenac@afslaw.com | |
| Attorneys for Defendant Vida Capital, Inc. | |

**Filer's Attestation Pursuant to L.R. 5-4.3.4(a)(2)**

I, Matthew E. Lewitz, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Matthew E. Lewitz
Matthew E. Lewitz

**SO ORDERED** this __ day of _____ 2022.

_____
U.S.D.C.J. Terry J. Hatter