Matthew E. Lewitz (CA Bar No. 325379)
mlewitz@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310.393.4000
Facsimile: 310.394.4700

Gregory Star (*Admitted Pro Hac Vice*)
gstar@cozen.com
Isaac A. Binkovitz (*Admitted Pro Hac Vice*)
ibinkovitz@cozen.com
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215.665.2000
Facsimile: 215.665.2013

Attorneys for Plaintiff
HARLEY FRANK

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY FRANK,<br><br>  Plaintiff,<br><br>vs.<br><br>LIFE ASSETS TRUST S.A.; PORTIGON A.G., NEW YORK BRANCH f/k/a WESTLB AG, NEW YORK BRANCH; VIDA CAPITAL, INC.; LIFE PARTNERS HOLDINGS, INC.; WELLS FARGO BANK, N.A., and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 2:21-cv-09916-TJH-PD<br><br>**JOINT STIPULATION RE CONSENT TO PLAINTIFF FILING SECOND AMENDED COMPLAINT AND TO EXTEND BRIEFING SCHEDULE**<br><br>**Action Filed: December 23, 2021**<br>**FAC Filed: January 24, 2022** |

1

STIPULATION RE CONSENT TO PLAINTIFF FILING SECOND AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Harley Frank and Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Portigon A.G., New York Branch f/k/a WestLB, New York Branch ("Portigon") (together, "Defendants"),[1] each through their respective undersigned counsel, that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants consent to Plaintiff filing a Second Amended Complaint ("SAC") to name each of GWG DLP Master Trust and EAA LAT II LLP as additional defendants in this action. A true and correct copy of Plaintiff's SAC is attached hereto as Exhibit "A."

IT IS ALSO HEREBY STIPULATED AND AGREED by Plaintiff Harley Frank and Defendants that, because Plaintiff and Defendants require additional time in the briefing schedule for internal consultation and preparation of motion papers, Plaintiff and Defendants respectfully request entry of an order extending the briefing schedule for Defendants' separate Fed. R. Civ. P. 12(b) motions to dismiss Plaintiff's Second Amended Complaint to:

Motions to Dismiss Due: August 17, 2022

Oppositions Due: September 16, 2022

Replies Due: October 7, 2022

**IT IS SO STIPULATED**, this 15th of July, 2022.

| | |
|---|---|
| /s/ Aaron M. Rubin<br>Khai LeQuang, CASB 202922<br>Aaron Michael Rubin, CASB 320880<br>Janista Lee, CASB 335278<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>2050 Main Street Suite 1100<br>Irvine, CA 92614<br>Tel. 949-567-6700<br>Fax: 949-567-6710<br>klequang@orrick.com | amrubin@orrick.com<br>janista.lee@orrick.com<br><br>Attorneys for Defendants<br>WELLS FARGO BANK, N.A. AND PORTIGON AG, NEW YORK BRANCH F/K/A WESTLB, NEW YORK BRANCH |

---

[1] The Parties note that Wells Fargo and Portigon are the only two Defendants that have appeared in and remain a party to this action. Life Assets Trust, S.A. has not appeared. Vida Capital Inc. has been voluntarily dismissed from this action without prejudice. (ECF No. 94).

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

| | |
|---|---|
| /s/ Matthew E. Lewitz | Fax: 213-892-7999 |
| Matthew Evan Lewitz, CASB 325379 | mlewitz@cozen.com |
| Cozen O'Connor | |
| 401 Wilshire Boulevard Suite 850 | Attorneys for Plaintiff |
| Santa Monica, CA 90401 | HARLEY FRANK |
| Tel. 213-892-7900 | |

### Filer's Attestation Pursuant to L.R. 5-4.3.4(a)(2)

I, Matthew E. Lewitz, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Matthew E. Lewitz
Matthew E. Lewitz